IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



BETTINA JORDAN,

        Plaintiff,

v.                                                       Civil Action No. 3:12-cv-00759-JAG

PATRICK R. DONAHOE,
*U.S. Postal Service*

        Defendant.

## ORDER

THIS MATTER is before the Court on the plaintiff's motion to reassign the case to a different judge (Dk. No. 4). The plaintiff has filed this motion because she wishes not to burden the undersigned judge with her latest retaliation claim. The present action represents the plaintiff's third suit in this Court this year, all of which of which are before the same judge. Upon mature consideration, the motion is hereby DENIED.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record and Ms. Jordan.

Date: November 20, 2012
Richmond, VA

                                      /s/
                        John A. Gibney, Jr.
                        United States District Judge